[No. 35019-0-II. Division Two. January 29, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. RYNA RA, *Appellant.*

The opinion in the above-captioned case, which appeared in the advance sheets at 142 Wn.App. 868-86, has been omitted from this permanent bound volume because of an order of the Court of Appeals dated May 28, 2008 publishing an additional section of the opinion. The opinion now appears at 144 Wn. App. 688.